*E-Filed 7/7/10*

John L. Beers (State Bar No. 70117)
Jennifer K. Achtert (State Bar No. 197263)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, CA 94111-3712
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendants
888 CONSULTING GROUP, INC., dba
TAC WORLDWIDE, and RADIA HOLDINGS
AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHMAN MONCAYO,<br><br>                    Plaintiff,<br><br>          v.<br><br>888 CONSULTING GROUP, INC., dba TAC WORLDWIDE, a wholly-owned subsidiary of RADIA HOLDINGS, INC., and Does 1 through 30, inclusive,<br><br>                    Defendants. | Case No.: C 10-00281 RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION**<br><br><br>Complaint Filed: December 2, 2009<br>Trial Date: None |

Plaintiff Rothman Moncayo and Defendants 888 Consulting Group, Inc., dba TAC Worldwide, and RADIA Holdings America, Inc., erroneously sued herein as Radia Holdings, Inc., by their respective counsel, request that this case be referred to Mediation through the ADR Unit, rather than Early Neutral Evaluation, and in support of this Stipulation state as follows:

1.      On July 1, 2010, the Court held a Case Management Conference in this matter, and issued a Case Management Order (Docket No. 28), referring this case to Early Neutral Evaluation.

2.      The parties believe that Mediation, rather than Early Neutral Evaluation, is more likely to lead to the resolution of this matter.

---

STIP. AND [PROPOSED] ORDER RE: ADR                           C 10-00281 RS                    1
Error! Unknown document property name.

1  3. The parties therefore request that this case be referred to Mediation through the
2  ADR Unit, rather than Early Neutral Evaluation.
3
4  WHEREFORE, Plaintiff Rothman Moncayo and Defendants Defendants 888
5  Consulting Group, Inc., dba TAC Worldwide, and RADIA Holdings America, Inc., erroneously
6  sued herein as Radia Holdings, Inc. respectfully submit their Stipulation requesting that this
7  case be referred to Mediation through the ADR Unit.
8
9  IT IS SO STIPULATED:
10  DATED: July 2, 2010                    MOSS & HOUGH
11
                                           By: _____
12                                              MARY PATRICIA HOUGH
                                                Attorneys for Plaintiff
13                                              ROTHMAN MONCAYO
14
15  DATED: July 2, 2010                    FISHER & PHILLIPS LLP
16
                                           By: _____
17                                              JENNIFER K. ACHTERT
                                                Attorneys for Defendants
18                                              888 CONSULTING GROUP, INC., dba
                                                TAC WORLDWIDE, and RADIA HOLDINGS
19                                              AMERICA, INC.
20
21
22
23
24
25
26
27
28

**ORDER**

This matter having come before the Court on the parties' **STIPULATION AND [PROPOSED] ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION**, this matter is referred to the ADR unit for Mediation to be completed within 60 days.

IT IS SO ORDERED.

Dated: 7/7/10

Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE