*E-Filed  8/23/10 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROTHMAN MONCAYO,

          Plaintiffs,

  v.

888 CONSULTING GROUP, INC.,
RADIA HOLDINGS, INC.,

          Defendants.
_____/

No. C 10-00281 RS

**STANDBY ORDER TO SHOW CAUSE**

     The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **October 21, 2010**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 28, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 8/23/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE